IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60398
Summary Calendar
_____

FYDIAS Z. CORREA,

                                        Petitioner-Appellant,

versus

KHURSHID Z. YUSUFF, Warden,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:02-CV-49-RG
--------------------
September 24, 2002

Before JOLLY, DAVIS and PARKER, Circuit Judges.

PER CURIAM:[*]

    Fydias Z. Correa, federal prisoner number 14577-018, has
appealed the district court's judgment dismissing his application
for a writ of habeas corpus under 28 U.S.C. § 2241 challenging a
detainer lodged against him by the Immigration and Naturalization
Service ("INS").  Correa has failed to show that the district
court erred in concluding that he was not "in custody" of the INS
for purposes of 28 U.S.C. § 2241.  See Santana v. Chandler, 961
F.2d 514, 515-17 (5th Cir. 1992).  The judgment is AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.